UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NFC TECHNOLOGY LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HTC AMERICA, INC., and others,<br><br>　　　　Defendants. | Case No. 14-mc-80312 LHK (NC)<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF NFCT'S MOTION TO COMPEL DISCOVERY FROM THIRD PARTIES NXP USA AND NXP B.V.**<br><br>Re: Dkt. No. 1 |

NFCT's request to withdraw its motion to compel against NXP B.V., *see* Dkt. No. 12, is GRANTED, without prejudice. NFCT's request to continue its motion to compel against NXP Semiconductors USA, Inc. is granted. The hearing set for December 11, 2014, is vacated. By December 11, the parties must jointly submit a proposed order setting forth requested date(s) for the hearing in 2015.

IT IS SO ORDERED.

Date: December 10, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge