Jennifer Estremera (SBN 251076)
**MCKOOL SMITH HENNIGAN P.C.**
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650)-394-1401
Facsimile: (650)-394-1422
sadamsryan@mckoolsmithhennigan.com
jestremera@mckoolsmithhennigan.com

Brandon M. Jordan
**MCKOOL SMITH P.C.**
1999 K Street NW, Suite 600
Washington, DC 20006
Telephone: (202) 370-8300
Fax: (202) 370-8344
bjordan@mckoolsmith.com

*Attorneys for Plaintiff*
*NFC Technology LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NFC TECHNOLOGY LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>HTC AMERICA, INC., ET AL.,<br><br>*Defendants.* | Misc. Case No. 5:14-mc-80312-LHK<br><br>PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS<br><br>Civil Action No. 2:13-cv-1058<br><br>**MODIFIED ORDER FOR CONTINUANCE OF HEARING UNTIL JANUARY 21, 2015 AT 1:00 P.M.**<br><br>Date: [Hearing Vacated]<br>Time:<br>Place: San Jose Courtroom 7, 4th Floor |

JOINT ~~PROPOSED~~ ORDER FOR CONTINUANCE OF HEARING UNTIL JANUARY 21, 2015 AT 1:00 P.M.

Misc. Case No. 5:14-mc-80312-LHK
Case No. 2:13-cv-1058

1    Plaintiff NFC TECHNOLOGY LLC ("NFCT") and third party NXP SEMICONDUCTORS
2  USA, Inc., by their undersigned counsel, hereby jointly submit the following proposed order
3  pursuant to the Court's Order Continuing Hearing on Plaintiff NFCT's Motion to Compel Discovery
4  (Dkt. No. 13):

6    Having vacated the hearing on NFCT's motion to compel previously set for December 11,
7  2014, the Court hereby ORDERS that the hearing on NFCT's Motion to Compel is CONTINUED
8  until January 21, 2015 at 1:00 p.m. in Courtroom 7, 4th Floor, San Jose Courthouse.
9    IT IS SO ORDERED.
10   Dated: December 11, 2014



IT IS SO ORDERED AS MODIFIED

Judge Nathanael M. Cousins

JOINT PROPOSED ORDER FOR CONTINUANCE OF HEARING UNTIL JANUARY 21, 2015 AT 1:00 P.M.   1   Misc. Case No. 5:14-mc-80312-LHK
Case No. 2:13-cv-1058

1  JOINTLY SUBMITTED.

2  Dated:   December 11, 2014.                    **MCKOOL SMITH, P.C.**

3                                                 */s/ Brandon M. Jordan*
4                                                 Jennifer Estremera (SBN 251076)
                                                  MCKOOL SMITH HENNIGAN P.C.
5                                                 255 Shoreline Drive, Suite 510
                                                  Redwood Shores, CA 94065
6                                                 Telephone: (650)-394-1401
                                                  Facsimile: (650)-394-1422
7                                                 jestremera@mckoolsmithhennigan.com
8
                                                  Brandon Jordan (PRO HAC VICE)
9                                                 (D.C. Bar No. 985986)
                                                  bjordan@mckoolsmith.com
10                                                MCKOOL SMITH P.C.
                                                  1999 K Street NW, Suite 600
11                                                Washington, DC 20006
                                                  Telephone: (202) 370-8300
12                                                Fax: (202) 370-8344

13
                                                  *Attorneys for Plaintiff NFC Technology LLC*
14

15

16                                                */s/ Daniel W. Richards*
                                                  Mark D. Rowland (CSB # 157862)
17                                                mark.rowland@ropesgray.com
                                                  Gabrielle E. Higgins (CSB # 163179)
18                                                gabrielle.higgins@ropesgray.com
                                                  Daniel W. Richards (CSB # 280595)
19                                                daniel.richards@ropesgray.com
20                                                ROPES & GRAY LLP
                                                  1900 University Avenue, 6th Floor
21                                                East Palo Alto, California 94303-2284
                                                  Tel: (650) 617-4000
22                                                Fax: (650) 617-4090

23
                                                  *Attorneys for Third Party NXP*
24                                                *Semiconductors USA, Inc.*

25

26

27

28 JOINT PROPOSED ORDER FOR CONTINUANCE OF                    Misc. Case No. 5:14-mc-80312-LHK
   HEARING UNTIL JANUARY 21, 2015 AT 1:00 P.M.     2
                                                              Case No. 2:13-cv-1058

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5.1(i)(3)**

I, Brandon M. Jordan, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 11, 2014         */s/ Brandon M. Jordan*
                                       Brandon M. Jordan

McKool Smith Hennigan P.C.
A Professional Corporation • Attorneys
Redwood Shores, CA

JOINT PROPOSED ORDER FOR CONTINUANCE OF
HEARING UNTIL JANUARY 21, 2015 AT 1:00 P.M.

3

Misc. Case No. 5:14-mc-80312-LHK
Case No. 2:13-cv-1058