# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NFC TECHNOLOGY LLC, | Misc. Case No. 5:14-mc-80312-LHK |
| *Plaintiff,* | PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS |
| v. | Civil Action No. 2:13-cv-1058 |
| HTC AMERICA, INC., ET AL., | [PROPOSED] ORDER |
| *Defendants.* | Date: January 21, 2015<br>Time: 1:00 p.m.<br>Place: San Jose Courtroom 7, 4th Floor |

Having read and considered Plaintiff NFC Technology LLC's ("NFCT") and NXP Semiconductors, USA, Inc.'s ("NXP") joint letter brief regarding NFCT's Motion to Compel Discovery from NXP,

NFCT's request to continue its motion to compel against NXP is granted. The hearing set for January 21, 2015 is continued until February 11, 2015. The parties must file a joint update by February 9, 2015.

IT IS SO ORDERED

Dated: January 20, 2015



IT IS SO ORDERED

Judge Nathanael M. Cousins

[PROPOSED] ORDER REGARDING NFCT'S MOTION TO COMPEL NON-PARTY NXP SEMICONDUCTORS USA, INC. TO RESPOND TO NFCT'S SUBPOENA.

1

Misc. Case No. 5:14-mc-80312-LHK
Case No. 2:13-cv-1058