# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NFC TECHNOLOGY LLC,<br><br>   *Plaintiff,*<br><br>v.<br><br>HTC AMERICA, INC., ET AL.,<br><br>   *Defendants.* | Misc. Case No. 5:14-mc-80312-LHK<br><br>PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS<br><br>Civil Action No. 2:13-cv-1058<br><br>[PROPOSED] ORDER<br><br>Date: February 11, 2015<br>Time: 1:00 p.m.<br>Place: San Jose Courtroom 7, 4th Floor |

Having read and considered Plaintiff NFC Technology LLC's ("NFCT") and NXP Semiconductors, USA, Inc.'s ("NXP") joint letter brief regarding NFCT's Motion to Compel Discovery from NXP,

NFCT's request to continue its motion to compel against NXP is granted. The hearing set for February 11, 2015 is continued until March 18, 2015, at 1:00 p.m. The parties must file a joint update by March 13, 2015.

IT IS SO ORDERED

Dated: February 9, 2015



IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

[PROPOSED] ORDER REGARDING NFCT'S MOTION TO COMPEL NON-PARTY NXP SEMICONDUCTORS USA, INC. TO RESPOND TO NFCT'S SUBPOENA.

Misc. Case No. 5:14-mc-80312-LHK
Case No. 2:13-cv-1058